# EXHIBIT FF

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Shay Newkirk <shaykirk55@gmail.com>**

## Apartment
2 messages

**Shay Newkirk** <shaykirk55@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　Mon, Jun 14, 2021 at 3:56 PM
To: AlexanderTeam@elliman.com

> Hi, I am looking for an apartment. I have a sec 8 voucher and need some help. Do you have any apartments that take sec 8 that you could show me?
>
> Shaniqua

**Shay Newkirk** <shaykirk55@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　Tue, Jun 15, 2021 at 4:55 PM
To: AlexanderTeam@elliman.com

> Hi, I am looking for an apartment. I have a sec 8 voucher and need some help. Do you have any apartments that take sec 8 that you could show me?
>
> Shaniqua
>
>
> On Mon, Jun 14, 2021 at 3:56 PM Shay Newkirk <shaykirk55@gmail.com> wrote:
>> Hi, I am looking for an apartment. I have a sec 8 voucher and need some help. Do you have any apartments that take sec 8 that you could show me?
>>
>> Shaniqua