```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHANIQUA NEWKIRK,

                Plaintiff,

- against -

DOUGLAS ELLIMIAN, INC., et al.,

                Defendants.

**23 Civ. 7040 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff is hereby **ORDERED** to file her response, if any, to Defendants' letter dated February 20, 2024 (see Dkt. No. 28) no later than February 27, 2024. Such response, if any, shall be in letter form and shall not exceed three single-spaced pages.

**SO ORDERED.**

Dated:    21 February 2024
             New York, New York

                                                Victor Marrero
                                                  U.S.D.J.