

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANIQUA NEWKIRK,<br><br>        Plaintiff,<br><br>   v.<br><br>DOUGLAS ELLIMAN, INC., *et al.*,<br><br>        Defendants. | Case No.: 1:23-cv-07040-VM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/26/2024 |

### NOTICE OF WITHDRAWAL OF JESSICA T. ROSENBERG
### AND ORDER

**PLEASE TAKE NOTICE** that I, Jessica T. Rosenberg, of the law firm Kasowitz Benson Torres LLP, hereby withdraw as Counsel of Record for Defendants Douglas Elliman, Inc., Douglas Elliman Realty, LLC, Douglas Elliman of L.I. LLC, Douglas Elliman, LLC, Kenneth I. Haber, Ann Conroy, Hal D. Gavzie, Wendy E. Sanders, Lauren Litt, Kari E. Kaplan, Jason M. Walker, Jennifer L. Kalish, Madeline S. Hult Elghanayan, Andrew A. Azoulay, Jaqueline Teplitzky, Diane E. Johnson, Emily P. Sertic, Holly P. Parker, Janna Raskopf, Andrew W. Anderson, Ann Cutbill, Eleonora Srugo, Jane Powers, Neal J. Sroka, Joshua Lieberman, Rachel Medalie, Elena S. Sarkissian, Frances W. Katzen, Lauren A. Muss, Bruce L. Ehrmann, Eileen Hsu, Oren Alexander, Tal Alexander, Sarah Burke, Tamir Shemesh, Noble Black, Suzan Kremer, Cybele Kadagian, and Elana Schoppmann (Brynes) (collectively "Defendants") in the above-captioned action. I request that my name and email address be removed from the official dockets for the above-captioned matter.

  There will be no prejudice from my withdrawal. Defendants will continue to be represented in this action by Jonathan L. Shapiro of Kasowitz Benson Torres LLP. Any future correspondence and papers in this action should be directed to said counsel.

Dated: June 25, 2024  
      New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:  /s/ Jessica T. Rosenberg  
    Jessica T. Rosenberg  
    1633 Broadway  
    New York, New York 10019  
    Tel.: (212) 506-1700  
    Fax: (212) 835-5020  
    JRosenberg@kasowitz.com

*Counsel for Defendants Douglas Elliman, Inc., Douglas Elliman Realty, LLC, Douglas Elliman of L.I. LLC, Douglas Elliman, LLC, Kenneth I. Haber, Ann Conroy, Hal D. Gavzie, Wendy E. Sanders, Lauren Litt, Kari E. Kaplan, Jason M. Walker, Jennifer L. Kalish, Madeline S. Hult Elghanayan, Andrew A. Azoulay, Jaqueline Teplitzky, Diane E. Johnson, Emily P. Sertic, Holly P. Parker, Janna Raskopf, Andrew W. Anderson, Ann Cutbill, Eleonora Srugo, Jane Powers, Neal J. Sroka, Joshua Lieberman, Rachel Medalie, Elena S. Sarkissian, Frances W. Katzen, Lauren A. Muss, Bruce L. Ehrmann, Eileen Hsu, Oren Alexander, Tal Alexander, Sarah Burke, Tamir Shemesh, Noble Black, Suzan Kremer, Cybele Kadagian, and Elana Schoppmann (Brynes)*

      SO-ORDERED

New York, New York  
Dated: June 26, 2024

_____  
Victor Marrero  
U.S.D.J.