```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/5/25
```

# THE LAW OFFICE OF

# STEVEN S. SIEGEL

## PLLC

| | |
|---|---|
| 626 RXR Plaza | 525 Essex Street |
| West Tower, Sixth Floor | (Boston Office) |
| Uniondale, NY 11556 | Lawrence, MA  01840 |

(516) 521-8600          (516) 665-2800

StevenScottSiegel@gmail.com

---

February 4, 2025

VIA PACER

Honorable Judge Victor Marrero
United States District Judge
Southern District Court of New York
500 Pearl Street, Suite 1610
New York, NY 10007

Re:   Shaniqua Newkirk v. Douglas Elliman, Inc., et al
      Case No. 1:23-cv-07040

Dear Judge Marrero,

      I am co-Plaintiff in the above-captioned matter with the Law Firm of Nesenoff & Miltenberg, LLP.  This court dismissed all counts in the complaint but granted Count number one without prejudice. This Court granted Plaintiffs leave to file an amended complaint twenty one days after the filing of your decision. The Court granted an extension of time to file the amended complaint until February 6, 2025.

      I am requesting one further extension. I have been a solo practitioner for 39 years, predominantly working as a contingency fee practitioner. For the two years that the State Courts were not available for trials and there were no incentive for the Defendants to settle, I earned less than ten thousand dollars each of two years.

      As a result of the above, I was forced to terminate the employment of two paralegals, move my office into my apartment and I presently work alone. I am severely short-staffed.

      Humbly, I ask for one more extension as I am overstretched with matters and with no help. I work seven days a week and twelve hours each day.

Sincerely,

/s/ Steven Siegel

Steven S. Siegel, Esq.

SSS/cmd

Request **GRANTED**.

The Court hereby grants Plaintiff's request for an extension until February 27, 2025, to file an amended complaint.

**SO ORDERED.**

February 5, 2025

DATE

VICTOR MARRERO, U.S.D.J.