USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SHANIQUA NEWKIRK,

                Plaintiff,

- against -

DOUGLAS ELLIMAN, INC., et al.

                Defendants.

**23 Civ. 7040 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On December 12, 2024, this Court dismissed Plaintiff Shaniqua Newkirk's ("Newkirk") sole federal cause of action under the Fair Housing Act ("FHA") and declined to exercise supplemental jurisdiction over the remaining claims. (See Dkt. No. 41.) The Court granted Newkirk leave to file an Amended Complaint within twenty-one (21) days of the date of entry of the Order – *i.e.* by January 2, 2025. Newkirk requested and the Court granted two extensions of time to amend the Complaint, ultimately extending the deadline to file an Amended Complaint until February 27, 2025. (See Dkt. Nos. 43, 45, 47-48.) On March 5, 2025, Defendants requested that the Court dismiss Newkirk's FHA claim with prejudice and close the case because Newkirk had not filed an Amended Complaint. (See Dkt. No. 51.) On March 7, 2025, the Court ordered Newkirk to show cause as to why the FHA claim should

not be dismissed with prejudice for failure to comply with Court orders and for lack of prosecution. (See Dkt. No. 52.) By letter dated March 12, 2025, Newkirk's counsel informed the Court that Newkirk consented to the dismissal of the action. (See Dkt. No. 53.)

Accordingly, Newkirk's FHA claim is hereby **DISMISSED** with prejudice. The Clerk of Court is directed to close the docket.

**SO ORDERED.**

Dated:   13 March 2025
         New York, New York

Victor Marrero
U.S.D.J.